**Alan J. VARRIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 65327.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 30, 1994.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Appellant, Alan J. Varrin, appeals from the motion court's order denying his Rule 24.035 post-conviction motion. We affirm.

We have reviewed the briefs and arguments of the parties, as well as the transcripts and the legal file, and find no clear error in the findings of fact and conclusions of law of the motion court. In addition, we find that no jurisprudential purpose would be served by a written opinion. We, therefore, affirm the judgment of the motion court pursuant to Rules 84.16(b) and 30.25(b). The parties have been provided with a memorandum, solely for their own information, setting forth the reasons for our decision.

■

**Gerald L. FRY, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 65288.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 6, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Appellant, Gerald L. Fry, appeals from the Lincoln County Circuit Court's denial of his Rule 24.035 motion for post-conviction relief. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the circuit court is based on findings of fact that are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the circuit court's judgment pursuant to Rules 84.16(b) and 30.25(b). A memorandum, solely for the use of the parties here involved, has been provided explaining the reasons for our decision.